UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISON

**UNITED STATES OF AMERICA,**
   Plaintiff,

Vs.              CASE NO: 2:11-CR-97-FTM-36SPC

**RICK JEAN,**
**Defendant.**
_____/

MOTION FOR COURT AUTHORIZATION
FOR PAYMENT OF INVESTIGATIVE COSTS

COMES NOW DEFENDANT, by and through his undersigned counsel and hereby moves this Honorable Court for an Order allowing advance payment of investigative costs in the amount of sixteen hundred dollars ($1,600.00), and in support thereof states as follows;

1. Mr. Jean is charged by way of an Indictment with; Count one (1) is a violation of Title 21 U.S.C. Sections 841(a)(1), and 841(b)(1)(B)(iii) in that at least by July of 2010, the Defendant, along with others, knowingly conspired and agreed to manufacture, possess with intent to distribute twenty-eight (28) grams or more of cocaine base.

2. Count four (4), Count five (5), Count six (6) is a violation of Title 21 U.S.C., Sections 841(a)(1) and 841(b)(1)(C) in that the Defendant did knowingly and willfully distribute and aid and abet the distribution of

     a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance.

3. Count seven (7) is a violation of Title 21, U.S.C., Section 841(a)(1) and 841(b)(1)(C)in that the Defendant knowingly and willfully distributed a quantity of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II Controlled Substance.

4. Count eight (8) is a violation of Title 21, U.S.C. Sections 841(a)(1) and 841(b)(1)(C)in that the Defendant knowingly and willfully possessed with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

5. Undersigned counsel desires to utilize the services of a private investigator named John Hisler, of John Hisler & Associates, Inc., to assist him in defense of this matter. The Defendant is indigent and such, the Defendant *will not*, without this Honorable Court's granting of the within Motion, be able to employ such private investigator. Further, the Defendant is totally suspect of the Federal system and the role he is alleged to have played in connection with the six (6) charges

       above alledgedly committed by him.

6. John Hisler is an investigator who charges fifty dollars ($50.00) per hour and has advised undersigned counsel that he anticipates that his services will require thirty - thirtyfive hours as an investigator assisting undersigned counsel in this cause of action. There are numerous witnesses who must be interviewed, over one thousand (1,000) pages of discovery thus far, which must be viewed, subpoenas to be served and meetings with the Defendant at which I will require the investigator's attendance. Further, undersigned counsel expects there to be a trial in this case lasting several days. The Defendant's record is long enough and the charges serious enough that Mr. Hisler's assistance will be invaluable in addressing issues which have arisen in connections with these charges.

7. Under Title 18 U.S.C. § 3006(e)(3), undersigned counsel may utilize the services of an investigator at the Court's expense and incur up to sixteen hundred ($1,600.00) of investigative fees.

8. This motion is brought in good faith and for no purpose contrary to law.

WHEREFORE the above stated reasons it is respectfully PRAYED that this Honorable Court GRANT this motion and order the relief

**sought herein.**

                                              **Respectfully Submitted,**

                                              **MANGONE & MILLER LAW OFFICES**
                                              **975 Sixth Avenue South**
                                              **Suite 200**
                                              **Naples, Florida 34102**
                                              **(239) 774-4100**

                                              **/s/ Landon P. Miller, Esq.**
                                              **Landon P. Miller, Esq.**
                                              **Fla Bar no: 0032778**
                                              **Attorney for Defendant**

**<u>CERTIFICATE OF SERVICE</u>**

    I **HEREBY CERTIFY** that a true and correct copy of the foregoing **was filed electronically with the Clerk's Office who will forward electronic copies to all interested parties on this 25th day of January, 2012.**

                                      <u>/s/ Landon P. Miller</u>
                                      **Landon P. Miller**