UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


**UNITED STATES OF AMERICA,**
           Plaintiff,

vs.                                    CASE NO: 2:11-CR-97-FTM-29SPC

**RICK JEAN,**
Defendant.
_____/

                    MOTION TO ADOPT CO-DEFENDANT
           <u>NEHEME DUCTANT'S MOTION TO SUPPRESS WIRETAP EVIDENCE</u>

   COMES NOW DEFENDANT, RICK JEAN, by and through undersigned counsel and files this Motion to Adopt Co-Defendant Neheme Ductant's Motion to Suppress Wiretap Evidence and in support thereof would state;

   1. On February 8, 2012, Co-Defendant, Neheme Ductant filed his Motion to Suppress Wiretap Evidence.  (Document 118)
   2. As to the issues raised in Nehem Ductant's motion, Defendant Rick Jean's issues are legally identical.
   3. In the interest of judicial economy, Mr. Jean respectfully requests this Honorable Court to grant this motion.


   WHEREFORE the above stated reasons it is respectfully PRAYED that this Honorable Court will GRANT this motion and allow

**Defendant, Rick Jean, to adopt Co-Defendant Neheme Ductant's Motion to Suppress Wiretap Evidence.**

                                        **Respectfully Submitted,**

                                        **MANGONE & MILLER LAW OFFICES**
                                        **975 Sixth Avenue South**
                                        **Suite 200**
                                        **Naples, Florida 34102**
                                        **(239) 774-4100**

                                        <u>**/s/ Landon P. Miller**</u>
                                        **LANDON P. MILLER, ESQ.**
                                        **FLA BAR NO: 0032778**
                                        **Attorney for Defendant**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Courts who will forward electronically to all interested parties on this 13th day of February, 2012.

                                          /s/ Landon P. Miller
                                          Landon P. Miller, Esq.